UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FORD MOTOR COMPANY, a
Delaware Corporation,

         Plaintiff,

   v.

ELK GROVE FORD, a
California Corporation,

         Defendant.
_____/

NO. CIV. S-08-1126 LKK/KJM

O R D E R

    The court is in receipt of Ford's application for writ of possession and injunctive relief. A hearing on the application is hereby SET for May 27, 2008 at 2:30 p.m. Plaintiff is ordered to serve a copy of this order on defendant. Defendant may, if it chooses, submit an opposition brief to the application at the time of the hearing.

    IT IS SO ORDERED.

    DATED: May 23, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT