UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FORD MOTOR COMPANY, a
Delaware Corporation,

          Plaintiff,

    v.

ELK GROVE FORD, a
California Corporation,

          Defendant.
_____/

NO. CIV. S-08-1126 LKK/KJM

O R D E R

The court held a hearing on plaintiff's application for writ of possession and for injunctive relief on May 27, 2008. The parties informed the court that on May 24, 2008, defendant had returned all twenty seven of the cars and trucks subject to the application and in its possession to plaintiff. There were two other cars that had been sold last week, the proceeds of which have been segregated. The court ORDERS that those proceeds, and any other proceeds derived from those two sales, continue to be
////
////

1

1  segregated by defendant pending further order of the court.
2       IT IS SO ORDERED.
3       DATED: June 2, 2008.

    _____
    LAWRENCE K. KARLTON
    SENIOR JUDGE
    UNITED STATES DISTRICT COURT