MARK JOSEPH KENNEY (State Bar No. 87345)
DUANE M. GECK (State Bar No. 114823)
DONALD H. CRAM (State Bar No. 160004)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439
Email: dhc@severson.com

FRANK P. KELLY, III (State Bar No. 83473)
SHOOK, HARDY & BACON, LLP
333 Bush Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 544-1900
Facsimile: (415) 391-0281

Attorneys for Plaintiff
FORD MOTOR COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| FORD MOTOR COMPANY, a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ELK GROVE FORD, a California Corporation,<br><br>Defendant. | Case No.: 2:08-CV-01126-LKK-KJM<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Judge: Hon. Lawrence K. Karlton<br>Complaint Date: Mar 22, 2008 |

Pursuant to the Stipulation for Dismissal with Prejudice between Plaintiff, Ford Motor Company ("Ford"), and Defendant, Elk Grove Ford ("Elk Grove"), filed in accordance with Rule 41(a) of the Federal Rule of Civil Procedure, and for good cause appearing:

IT IS HEREBY ORDERED, that the above captioned action is hereby dismissed with prejudice as to Defendant;

|   |   |
|---|---|
| 1 | IT IS FURTHER ORDERED, that each party shall bear its own attorneys fees and costs |
| 2 | incurred herein. |
| 3 | |
| 4 | DATED: March 23, 2009. |

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

58888/0052/719503.1

Order Dismissing Action With Prejudice
*Ford Motor Company v. Elk Grove Ford*

PDF created with pdfFactory trial version www.pdffactory.com